## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 19-23496-JAD |
| | : | |
| PATRICK J. COPPLE, | : | CHAPTER 7 |
| | : | |
| DEBTOR, | : | DOCUMENT NO. 59 |
| | : | |
| PATRICK J. COPPLE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| VS. | : | |
| | : | |
| CHARLES O. ZEBLEY, JR., | : | |
| UNITED STATES TRUSTEE, | : | |
| RESPONDENTS | : | |

### RESPONE TO UNITED STATES TRUSTEE'S MOTION FOR EXTENTION OF TIME AND STATUS REPORT

**AND NOW**, comes **PATRICK J. COPPLE**, the Debtor in the above Chapter 7 Case, by and through his attorney, **Paula J. Cialella, Esquire**, and files this Response of United States Trustee's Motion for Extension of Time and Status Report as follows:

1-16. The averments set forth in Paragraphs 1-16 of United States Trustee's Motion for Extension of Time are hereby admitted. Debtor is unopposed to a 90-day extension of time. By way of further answer, Debtor has cooperated and attempted to gather the information requested but has been difficult due to his illness. Since the Debtor's bankruptcy was filed, he underwent brain surgery on January 31, 2020. He has had ongoing treatment and underwent a second brain surgery on January 11, 2021. We are awaiting his recovery to continue gathering the information to forward to the United States Trustee.

Respectfully submitted,

Date: 01/14/2021

*/s/ Paula J. Cialella, Esq.*
Paula J. Cialella, Esquire
PA I.D. 73264
113 N. Mercer St.
New Castle, PA 16101
(724) 658-4417 (p)
paula@nypalaw.com